BENJAMIN B. WAGNER
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2729

Attorneys for Defendants

**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SANMOGUM NAICKER,<br><br>    Plaintiff,<br><br>    v.<br><br>Alejandro Mayorkas, United States Citizenship and Immigration Services,<br><br>    Defendants. | No. 2:11-cv-1584 JAM JFM<br><br>JOINT STIPULATION AND ORDER RE: EXTENSION OF TIME |

This is an immigration case in which plaintiff has challenged the delay in the adjudication of his application to adjust status to that of lawful permanent resident by U.S. Citizenship and Immigration Services (CIS). The parties respectfully inform the Court that they are attempting to seek a resolution to the matter at the administrative level. To this extent, the government requests an additional 30 days to file an answer to the complaint; counsel for plaintiff does not oppose this request.

The parties therefore stipulate that the time for filing the government's answer, as well as the time for filing the joint status report, be extended to September 12, 2011.

-1-

Dated: August 10, 2011

BENJAMIN B. WAGNER
United States Attorney

By:  /s/Audrey Hemesath
Audrey B. Hemesath
Assistant U.S. Attorney
Attorneys for the Defendants

By:  /s/ Alan Mark Kaufman
Alan Mark Kaufman
Attorney for the Plaintiff

## ORDER

Pursuant to this Joint Stipulation and for the reasons stated therein, IT IS HEREBY ORDERED that the defendants' Answer and the Joint Status Report are due on September 12, 2011.

IT IS SO ORDERED.

DATED: 8/10/2011        /s/ John A. Mendez
                        UNITED STATES DISTRICT JUDGE