BENJAMIN B. WAGNER
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2729

Attorneys for Defendants

# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANMOGUM NAICKER, | No. 2:11-cv-1584 JAM JFM |
| Plaintiff, | JOINT STIPULATION AND ORDER RE: SECOND EXTENSION OF TIME |
| v. | |
| Alejandro Mayorkas, United States Citizenship and Immigration Services, | |
| Defendants. | |

   This is an immigration case in which plaintiff has challenged the delay in the adjudication of his application to adjust status to that of lawful permanent resident by U.S. Citizenship and Immigration Services (CIS).  The parties previously stipulated to one extension of time, until September 12, 2011.  The parties continue to work toward resolution at the administrative level.  To this extent, the government requests an additional 45 days to file an answer to the complaint; counsel for plaintiff does not oppose this request.

   The parties therefore stipulate that the time for filing the government's answer, as well as the time for filing the joint status report, be extended to October 27, 2011.

Dated: September 9, 2011

BENJAMIN B. WAGNER
United States Attorney

By: /s/Audrey Hemesath
Audrey B. Hemesath
Assistant U.S. Attorney
Attorneys for the Defendants

By: /s/ Alan Mark Kaufman
Alan Mark Kaufman
Attorney for the Plaintiff

## ORDER

Pursuant to this Joint Stipulation and for the reasons stated therein, IT IS HEREBY ORDERED that the defendants' Answer and the Joint Status Report are due on October 27, 2011.

IT IS SO ORDERED.

DATED:  9/12/2011              /s/ John A. Mendez
                               UNITED STATES DISTRICT COURT JUDGE