ALAN M. KAUFMAN, ESQ. (California State Bar No. 57449)
KAUFMAN & KAUFMAN ATTORNEYS AT LAW
220 Montgomery Street, Suite 966
San Francisco, CA 94104
Telephone: (415) 956-7770
Attorney for Petitioner

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANMOGUM NAICKER )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>ALEJANDRO MAYORKAS, Director, )<br>U.S. Citizenship and Immigration Services )<br>)<br>    Defendant. )<br>_____ ) | Case No. 2:11-cv-01584-JAM-JFM<br><br>STIPULATION TO DISMISS;<br>ORDER |

The parties stipulate to dismissal of this action in view the issuance a decision by defendant denying plaintiff's application to adjust status on October 6, 2011.  The parties shall bear their own costs and fees.

Dated: October 13, 2011                    Respectfully submitted,

/s/
_____
Alan M. Kaufman
Attorney for Plaintiff


Benjamin B. Wagner
United States Attorney

/s/
_____
Audrey Hemesath
Assistant U.S. Attorney
Attorneys for Defendant

//

1

ORDER

Pursuant to the stipulation of the parties, IT IS ORDERED that this action is dismissed.

DATED: 10/26/2011

                                                /s/ John A. Mendez
                                                John A. Mendez
                                                United States District Judge