1 | ALAN M. KAUFMAN, ESQ. (California State Bar No. 57449)
2 | KAUFMAN & KAUFMAN ATTORNEYS AT LAW
2 | 220 Montgomery Street, Suite 966
3 | San Francisco, CA 94104
3 | Telephone: (415) 956-7770
  | Attorney for Petitioner

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| SANMOGUM NAICKER | ) Case No. 2:11-cv-01584-JAM-JFM |
|---|---|
| Plaintiff, | ) STIPULATION TO DISMISS; ORDER |
| v. | ) |
| ALEJANDRO MAYORKAS, Director, U.S. Citizenship and Immigration Services | ) |
| Defendant. | ) |

The parties stipulate to dismissal of this action in view the issuance a decision by defendant denying plaintiff's application to adjust status on October 6, 2011. The parties shall bear their own costs and fees.

Dated: October 13, 2011                    Respectfully submitted,

/s/
_____
Alan M. Kaufman
Attorney for Plaintiff


Benjamin B. Wagner
United States Attorney

/s/
_____
Audrey Hemesath
Assistant U.S. Attorney
Attorneys for Defendant

//

1

ORDER

Pursuant to the stipulation of the parties, IT IS ORDERED that this action is dismissed.

DATED: 10/26/2011

                                              /s/ John A. Mendez
                                              John A. Mendez
                                              United States District Judge

2